# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Tonya Denise Tisdale, Debtor          CASE NO. 25-50425-KMS
                                                                                                        CHAPTER 13

TO:     TRUSTEE:     David Rawlings
          U. S. TRUSTEE: USTPRegion05.JA.ECF@usdoj.gov

          ALL CREDITORS
          A copy of the Court's mailing matrix is attached

## NOTICE OF AMENDMENT TO
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**YOU ARE HEREBY NOTIFIED** the above named debtor(s) has filed with the Bankruptcy Court an Amended Schedule C - Property Claimed as Exempt (see copy of Amended Schedule C attached).

**YOU ARE FURTHER NOTIFIED** that any objection or other response to the list of property claimed as exempt must be filed with the Clerk of the Court for the United States Bankruptcy Court; a copy thereof served to the United States Trustee, Case Trustee, and Counsel for the Debtor(s), within 30 days after the conclusion of the meeting of creditors or within 30 days after the filing of this notice of amendment, whichever is later.

Date: May 12, 2025                                          /s/ Thomas C. Rollins, Jr.
                                                                     *Thomas C. Rollins, Jr., Attorney for Debtor*

## CERTIFICATE OF SERVICE

On May 12, 2025, a copy of this notice and amended schedule was served on each of the persons listed on the above list either by United States Mail or via electronic service through the Court's CM/ECF system at the mailing addresses and/or email addresses indicated.

                                                                      /s/ Thomas C. Rollins, Jr.
                                                                    *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

| **Fill in this information to identify your case:** | | |
|---|---|---|
| Debtor 1 | **Tonya Denise Tisdale** | |
| | First Name     Middle Name     Last Name | |
| Debtor 2 (Spouse if, filing) | First Name     Middle Name     Last Name | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF MISSISSIPPI | |
| Case number (if known) | 25-50425 | |

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt                                    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2024 Nissan Murano 14310 miles**<br>Line from *Schedule A/B*: **3.1** | $32,220.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Miss. Code Ann. § 85-3-1(a) |
| **Household Goods**<br>Line from *Schedule A/B*: **6.1** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Miss. Code Ann. § 85-3-1(a) |
| **Electronics**<br>Line from *Schedule A/B*: **7.1** | $570.00 | ■ $570.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Miss. Code Ann. § 85-3-1(a) |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Miss. Code Ann. § 85-3-1(a) |
| **Jewelry**<br>Line from *Schedule A/B*: **12.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Miss. Code Ann. § 85-3-1(a) |

Debtor 1 **Tonya Denise Tisdale**      Case number (if known) **25-50425**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Pets**<br>Line from Schedule A/B: **13.1** | $30.00 | ■ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **Cash**<br>Line from Schedule A/B: **16.1** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **401(k)**<br>Line from Schedule A/B: **21.1** | $3,659.63 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(e)** |
| **Federal Tax Refund**<br>Line from Schedule A/B: **28.1** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(j)** |
| **State Tax Refund**<br>Line from Schedule A/B: **28.2** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(k)** |
| **EIC**<br>Line from Schedule A/B: **28.3** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(i)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>TONYA DENISE TISDALE | CASE NO: 25-50425-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 5/12/2025, I did cause a copy of the following documents, described below,

Notice of Amendment to Schedules

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/12/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-50425-KMS |
|---|---|
| TONYA DENISE TISDALE | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 5/12/2025, a copy of the following documents, described below,

Notice of Amendment to Schedules

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/12/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-50425-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>MON MAY 12 12-19-25 PST 2025 | BRIDGECREST CREDIT COMPANY  LLC AS<br>AGENT AND<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | ~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501-2036~~ |
| 1ST FRANKLIN<br>6335 US HWY 49<br>SUITE 20<br>HATTIESBURG  MS 39401 | 1ST FRANKLIN FINANCIAL CORPORATION<br>ATTN ADMIN SERVICES<br>PO BOX 880<br>TOCCOA GA 30577-0880 | BRIDGECREST ACCEPTANCE<br>PO BOX 53087<br>SUITE 100<br>PHOENIX  AZ 85072-3087 |
| BRIDGECREST CREDIT COMPANY  LLC AS<br>AGENT AND<br>SERVICER FOR CARVANA  LLC DEPARTMENT<br>AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 | COMENITY CAPITAL<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS  OH 43218-2125 |
| COMMUNITY BANK<br>ATTN BANKRUPTCY<br>1905 COMMUNITY BANK WA<br>FLOWOOD  MS 39232-1220 | COMMUNITY BANK OF MISSISSIPPI<br>PO BOX 265<br>LAUREL MS 39441-0265 | CREDIT ONE BANK<br>ATTN BANKRUPTCY<br>6801 CIMARRON RD<br>LAS VEGAS  NV 89113-2273 |
| DEPARTMENT OF TREASURY  INTERNAL<br>REVENUE SE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | DISCOVER BANK<br>PO BOX 3025<br>NEW ALBANY  OH 43054-3025 | DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY  OH 43054-3025 |
| EDFINANCIAL SERVICES<br>ATTN CLAIMS<br>PO BOX 36008<br>KNOXVILLE  TN 37930-6008 | FIRST HERITAGE<br>ATTN BANKRUPTCY<br>PO BOX 1947<br>GREENVILLE  SC 29602-1947 | (P)FIRST NATIONAL BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 |
| GOLDMAN SACHS BANK USA<br>ATTN BANKRUPTCY<br>PO BOX 70379<br>PHILADELPHIA  PA 19176-0379 | HEIGHTS FINANCE<br>101 N MAIN ST STE 600<br>GREENVILLE  SOUTH CAROLINA 29601-4846 | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 |
| JOVIA FINANCIAL CU<br>ATTN BANKRUPTCY<br>264 MERRICK RD<br>VALLEY STREAM  NY 11580-6034 | JOVIA FINANCIAL FEDERAL CREDIT UNION<br>1000 CORPORATE DR<br>WESTBURY NY 11590-6648 | LAKE SERENE PROPERTY<br>256 W LAKE RD<br>HATTIESBURG  MS 39402-7755 |
| LENDING CLUB<br>ATTN BANKRUPTCY<br>595 MARKET ST<br>SAN FRANCISCO  CA 94105-5839 | MARINER FINANCE<br>ATTN BANKRUPTCY<br>8211 TOWN CENTER DR<br>NOTTINGHAM  MD 21236-5904 | ONEMAIN FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 142<br>EVANSVILLE  IN 47701-0142 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ONEMAIN FINANCIAL GROUP LLC<br>ONEMAIN<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 | (P)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | REGIONAL MANAGEMENT CORPORATION<br>979 BATESVILLE ROAD STE B<br>GREER SC 29651-6819 |
| REGIONAL FINANCE<br>ATTN BANKRUPTCY<br>979 BATESVILLE RD<br>STE B<br>GREER SC 29651-6819 | REPUBLIC FINANCE LLC<br>7601 COMMERCE CIR<br>BATON ROUGE LA 70809 | (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 |
| SYNCHRONY BANK<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANK<br>ATTN BANKRUPTCY<br>POB 965064<br>ORLANDO FL 32896-5064 | TARGET NB<br>MAILSTOP BT<br>PO BOX 9475<br>MINNEAPOLIS MN 55440-9475 |
| US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON DC 20530-0001 | US DEPARTMENT OF EDUCATION<br>EDFINANCIAL SERVICES<br>120 N SEVEN OAKS DRIVE<br>KNOXVILLE TN 37922-2359 | EXCLUDE<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ |
| WOMENS PAVILION OF SOUTH MS<br>CO FRANKLIN SERVICE INC<br>PO BOX 3910<br>TUPELO MS 38803-3910 | EXCLUDE<br>~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ | EXCLUDE<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ |

DEBTOR
TONYA DENISE TISDALE
5232 LINCOLN RD
HATTIESBURG MS 39402-8072