**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In re:**

   **TONYA DENISE TISDALE**                          Case No.: 25-50425-KMS

   *DEBTOR.*                                          CHAPTER 13

To:   Craig A. Edelman, Authorized Agent        cc:   First Heritage
      Bonial & Associates, P.C.                        101 N Main St. Ste 600
      P.O. Box 9013                                     Greenville SC 29601
      Addison TX 75001

      Heights Finance
      101 N Main St. Ste 600
      Greenville SC 29601

**Notice**

   The *Amended Proof of Claim* (**Claim 7-2**) filed by Craig A. Edelman, Authorized Agent with

Bonial & Associates, P.C., on June 25, 2025, has First Heritage as the current creditor (Claim

Owner).  Please be advised that the Claim Owner for **Claim 7-2** is <u>Heights Finance</u>.  To change

the owner of a proof of claim requires the filing of a Transfer of Claim (Official Form 210A or 210B).

   Please be advised that the Claim Owner for **Claim 7-2** remains <u>Heights Finance</u>

pending filing a proper and formal Transfer of Claim (Official Forms 210A or 210B) with the court.

 Dated:  June 26, 2025                           Danny L. Miller, Clerk of Court
                                                 Dan M. Russell, Jr. U.S. Courthouse
                                                 2012 15th Street, Suite 244
                                                 Gulfport, MS 39501
                                                 228-563-1790