United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-50425-KMS
Tonya Denise Tisdale     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Jun 26, 2025     Form ID: pdf012     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Craig A. Edelman, Authorized Agent, Bonial & Associates, P.C., P.O. Box 9013, Addison, TX 75001-9013 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5526113 | + Email/Text: bankruptcy@curo.com | Jun 26 2025 19:30:00 | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5497848 | + Email/Text: bankruptcy@curo.com | Jun 26 2025 19:30:00 | Heights Finance, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Tonya Denise Tisdale trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-6 User: mssbad Page 2 of 2
Date Rcvd: Jun 26, 2025 Form ID: pdf012 Total Noticed: 3

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

In re:

**TONYA DENISE TISDALE**  Case No.: 25-50425-KMS

*DEBTOR.*  CHAPTER 13

To:  Craig A. Edelman, Authorized Agent  
Bonial & Associates, P.C.  
P.O. Box 9013  
Addison TX 75001

cc:  First Heritage  
101 N Main St. Ste 600  
Greenville SC 29601

Heights Finance  
101 N Main St. Ste 600  
Greenville SC 29601

## Notice

The *Amended Proof of Claim* (**Claim 7-2**) filed by Craig A. Edelman, Authorized Agent with Bonial & Associates, P.C., on June 25, 2025, has First Heritage as the current creditor (Claim Owner). Please be advised that the Claim Owner for **Claim 7-2** is Heights Finance. To change the owner of a proof of claim requires the filing of a Transfer of Claim (Official Form 210A or 210B).

Please be advised that the Claim Owner for **Claim 7-2** remains Heights Finance pending filing a proper and formal Transfer of Claim (Official Forms 210A or 210B) with the court.

Dated: June 26, 2025

Danny L. Miller, Clerk of Court  
Dan M. Russell, Jr. U.S. Courthouse  
2012 15th Street, Suite 244  
Gulfport, MS 39501  
228-563-1790