# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50425  **Case Name:** Tonya Denise Tisdale
**Set:** 07/08/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge:** Katharine M. Samson
**matter:** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #24) - ORDER WITHDRAWING TO BE SUBMITTED BY DUNCAN; EMAIL RECEIVED FROM RAWLINGS

Minute Entry Re: (related document(s): [10] Confirmation Hearing) Duncan to submit an Order withdrawing the Objection filed by the Trustee [24]. Order due by 07/22/2025. Confirmation hearing removed. (mcc)