United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50425-KMS
Tonya Denise Tisdale Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: Jul 22, 2025      Form ID: n031      Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tonya Denise Tisdale, 5232 Lincoln Rd, Hattiesburg, MS 39402-8072 |
| 5498839 | + | Community Bank of Mississippi, PO Box 265, Laurel MS 39441-0265 |
| 5524052 | + | Lake Serene POA, 256 West Lake Road, Hattiesburg, MS 39402-7755 |
| 5490486 | + | Lake Serene Property, 256 W Lake Rd, Hattiesburg, MS 39402-7755 |
| 5490492 | | Republic Finance Llc, 7601 Commerce Cir, Baton Rouge, LA 70809 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2025 19:30:22 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5490472 | | Email/Text: bankruptcy@1ffc.com | Jul 22 2025 19:32:00 | 1st Franklin, 6335 Us Hwy 49, Suite 20, Hattiesburg, MS 39401 |
| 5496588 | + | Email/Text: bankruptcy@1ffc.com | Jul 22 2025 19:32:00 | 1st Franklin Financial Corporation, ATTN: Admin Services, PO BOX 880, Toccoa GA 30577-0880 |
| 5490473 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 22 2025 19:32:00 | Bridgecrest Acceptance, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 5502609 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2025 19:30:22 | Bridgecrest Credit Company, LLC as Agent and, Servicer for Carvana, LLC Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5490474 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 22 2025 19:40:45 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5517931 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2025 19:30:35 | Carvana, LLC, Carvana, LLC / Bridgecrest, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5490475 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 22 2025 19:32:00 | Comenity Capital, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5490476 | + | Email/Text: jill.johnson@communitybank.net | Jul 22 2025 19:32:00 | Community Bank, Attn: Bankruptcy, 1905 Community Bank Wa, Flowood, MS 39232-1220 |
| 5490477 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 22 2025 19:40:43 | Credit One Bank, Attn: Bankruptcy, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5490483 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 22 2025 19:32:00 | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5493438 | | Email/Text: mrdiscen@discover.com | Jul 22 2025 19:32:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5490478 | + | Email/Text: mrdiscen@discover.com | Jul 22 2025 19:32:00 | Discover Financial, Attn: Bankruptcy, Po Box |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 22, 2025 | Form ID: n031 | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 5490479 | + | Email/Text: EBN@edfinancial.com | Jul 22 2025 19:32:00 | EdFinancial Services, Attn: Claims, Po Box 36008, Knoxville, TN 37930-6008 |
| 5490481 | | Email/Text: BNSFN@capitalsvcs.com | Jul 22 2025 19:32:00 | First National Bank, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 5526113 | + | Email/Text: bankruptcy@curo.com | Jul 22 2025 19:32:00 | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5490480 | + | Email/Text: bankruptcy@curo.com | Jul 22 2025 19:32:00 | First Heritage, Attn: Bankruptcy, Po Box 1947, Greenville, SC 29602-1947 |
| 5490482 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 22 2025 19:32:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5497848 | + | Email/Text: bankruptcy@curo.com | Jul 22 2025 19:32:00 | Heights Finance, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5490484 | + | Email/Text: ebone.woods@usdoj.gov | Jul 22 2025 19:32:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5511321 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 22 2025 19:32:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5490485 | + | Email/Text: bankruptcy@mynefcu.org | Jul 22 2025 19:32:00 | Jovia Financial CU, Attn: Bankruptcy, 264 Merrick Rd, Valley Stream, NY 11580-6034 |
| 5500153 | + | Email/Text: bankruptcy@mynefcu.org | Jul 22 2025 19:32:00 | Jovia Financial Federal Credit Union, 1000 Corporate Dr., Westbury NY 11590-6648 |
| 5515500 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2025 19:40:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5490487 | + | Email/Text: Documentfiling@lciinc.com | Jul 22 2025 19:32:00 | Lending Club, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-5839 |
| 5490488 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 22 2025 19:32:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5518503 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 22 2025 19:32:00 | Mariner Finance, 8211 Town Center Drive, Nottingham MD 21236-5904 |
| 5490489 | + | Email/PDF: cbp@omf.com | Jul 22 2025 19:40:39 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 5503922 | | Email/PDF: cbp@omf.com | Jul 22 2025 19:30:22 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5514527 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 22 2025 19:32:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 5490490 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 22 2025 19:32:00 | PNC Financial Services, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 5518340 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2025 19:40:41 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5514878 | | Email/Text: bnc-quantum@quantum3group.com | Jul 22 2025 19:32:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5491490 | + | Email/Text: bankruptcy@regionalmanagement.com | Jul 22 2025 19:32:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD STE B, GREER SC 29651-6819 |
| 5491699 | | Email/Text: bankruptcy@republicfinance.com | Jul 22 2025 19:32:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5490491 | + | Email/Text: bankruptcy@regionalmanagement.com | Jul 22 2025 19:32:00 | Regional Finance, Attn: Bankruptcy, 979 Batesville Rd, Ste B, Greer, SC 29651-6819 |
| 5490493 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 22 2025 19:40:43 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 22, 2025 | Form ID: n031 | Total Noticed: 47 |

| 5490494 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jul 22 2025 19:40:43 | Synchrony Bank, Attn: Bankruptcy, Pob 965064, Orlando, FL 32896-5064 |
| 5490495 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Jul 22 2025 19:32:00 | Target NB, Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5490496 | ^ | MEBN | | |
| | | | Jul 22 2025 19:28:06 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5496066 | + | Email/Text: EBN@edfinancial.com | | |
| | | | Jul 22 2025 19:32:00 | US Department of Education, Edfinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5495728 | + | Email/Text: FSBank@franklinservice.com | | |
| | | | Jul 22 2025 19:32:00 | Womens Pavilion of South MS, c/o Franklin Service Inc, Po Box 3910, Tupelo, MS 38803-3910 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5515501 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Tonya Denise Tisdale trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50425−KMS
**Chapter:** 13

**In re:**

Tonya Denise Tisdale
5232 Lincoln Rd
Hattiesburg, MS 39402

Notice of Entry of Order Confirming Plan

The Court entered an Order on 07/22/2025 (Dkt. # 32 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: July 22, 2025                                    Danny L. Miller, Clerk of Court