**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MS**

Chapter: 13
Case No: 2550425

In re: TONYA DENISE TISDALE

Account Number: 2047

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 22 filed on or about 06/04/2025 in the amount of $10,670.33 .

On this 11/12/2025.

By: /s/ George S. Grammer
George S. Grammer, Bankruptcy Representative
Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541
E-mail: Bankruptcy_Info@portfoliorecovery.com