United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-50425-KMS
Tonya Denise Tisdale     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 1
Date Rcvd: Nov 14, 2025     Form ID: n050     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2025 19:28:03 | Portfolio Recovery Associates, LLC., POB 41067, Norfolk, VA 23541 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2025     Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Tonya Denise Tisdale trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

n050−ntcfilecos (7/25)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**  Case No.: 25−50425−KMS

Tonya Denise Tisdale  **Chapter:** 13

*Debtor(s)*

**To:** Portfolio Recovery Associates, LLC Attn: George S. Grammer

### Notice to File Certificate of Service

On 11/12/2025, you filed a *Withdrawal of Proof of Claim No. 22* (Dkt. # 39) on behalf of Portfolio Recovery Associates, LLC (the "Creditor") in the above−referenced case. Pursuant to Miss. Bankr. L.R. 9004−1(c) documents filed with the clerk that require notice must include a Certificate of Service ("Certificate") identifying (i) each person or entity served with the filing; (ii) the date of service; and (iii) the manner of service.

Therefore, **on or before December 1, 2025**, the Creditor must file a Certificate for the above−referenced document providing the information required by Miss. Bankr. L.R. 9004−1(c). Failure to comply with this Notice may result in a hearing to show cause why the above−referenced document should not be stricken or dismissed.

Date: November 14, 2025

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790