## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th of November 2025, I sent a true and correct copy of the foregoing correspondence, via priority delivery, or U.S. Mail, postage fully prepaid to the following as indicated:

**Thomas Carl Rollins, Jr**
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236

**David Rawlings**
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

                              By:    /s/Lee Byrum
                                        Lee Byrum, Bankruptcy Representative
                                        Portfolio Recovery Associates, LLC
                                        PO BOX 41067
                                        Norfolk, VA 23541
                                        Email: Bankruptcy_Info@portfoliorecovery.com